UNITED STATES, Appellant, v. Mrs. PATTIE G. WHITTEN and Lula B. Hammond, Appellees.

Circuit Court of Appeals, Fourth Circuit.
May 2, 1929.

No. 2833.

A. W. Woodcock, U. S. Atty., and Stanley E. Hartman, Asst. U. S. Atty., both of Baltimore, Md.

Edward J. Colgan, Jr., of Baltimore, Md. (Karr & Colgan and Francis Key Murray, all of Baltimore, Md., on the brief), for appellees.

Before WADDILL, PARKER, and NORTHCOTT, Circuit Judges.

PER CURIAM. After careful consideration, we have reached the conclusion that

1022

the judgment of the United States District Court appealed from is free from error prejudicial to the appellant, and that the same should be affirmed.

Affirmed.